**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

901 PUB, INC.,

               Respondent

          v.

DEPARTMENT OF HEALTH, BUREAU
OF HEALTH PROMOTION AND RISK
REDUCTION,

               Petitioner

: No. 64 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.